```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION

DONALD VANCE and NATHAN ERTEL,   )  No. 06 C 6964
                                 )
              Plaintiffs,        )  Chicago, Illinois
                                 )  December 4, 2008
                                 )  9:00 o'clock a.m.
      -vs-                       )
                                 )
                                 )
DONALD RUMSFELD, et al.,         )
                                 )
              Defendants.        )


         TRANSCRIPT OF PROCEEDINGS - MOTION
       BEFORE THE HONORABLE WAYNE R. ANDERSEN

APPEARANCES:

For the Plaintiffs:      LOEVY & LOEVY
                         312 North May Street
                         Suite 100
                         Chicago, Illinois 60607
                         BY:  MR. MICHAEL I. KANOVITZ
                              MS. GAYLE M. HORN












Court Reporter:          ROSEMARY SCARPELLI
                         219 South Dearborn Street
                         Room 1412
                         Chicago, Illinois  60604
                         (312) 435-5815
```

```
 1              THE CLERK:  Case 6 C 6964, Vance versus Rumsfeld.
 2              MR. KANOVITZ:  Good morning, Judge, Mike Kanowitz
 3   for the plaintiff.
 4              MS. HORN:  Gayle Horn, H-O-R-N, also for the
 5   plaintiffs.
 6              THE COURT:  And there is no defendant here, but you
 7   are -- you are not occupying the full lectern.  How courteous
 8   of you.
 9              Okay.  What -- why are you here?
10              MR. KANOVITZ:  We filed a motion for leave to file
11   our --
12              THE COURT:  Oh, okay.  Right, you did.  I will
13   grant it.
14              MR. KANOVITZ:  Thanks.
15              THE COURT:  It is really long, but I assume you are
16   really smart and it is succinct and it had to be this long.
17              MR. KANOVITZ:  Obviously.
18              THE COURT:  Yes, right?
19              MR. KANOVITZ:  Basically, yes.
20              THE COURT:  Basically yes?
21              MR. KANOVITZ:  I don't want to say I am really
22   smart.  But I think it is a reasonable length for the job we
23   had to do.
24              THE COURT:  What is your name?
25              MR. KANOVITZ:  Mike.
```

1   THE COURT: Oh, yes. Well, I know all the other
2   lawyers here and they are all smart.
3   MR. KANOVITZ: All right.
4   THE COURT: So they wanted -- I know they want to
5   associate with smart people.
6   When is the -- is there going to be a reply brief
7   coming in?
8   MR. KANOVITZ: Their reply is due end of first week
9   in January.
10  THE COURT: We will grant them leave to file an
11  oversized brief too so they don't have to come in and do
12  that. When they file their brief, if somebody from your
13  office or their office could let us know, then we will take
14  it up and try to resolve it reasonably soon.
15  MR. KANOVITZ: Very well.
16  THE COURT: Thanks a lot.
17  MR. KANOVITZ: Thank you, Judge.
18  THE COURT: Thank you. Bye.
19  (Which were all the proceedings heard.)
20                          CERTIFICATE
21  I certify that the foregoing is a correct transcript
22  from the record of proceedings in the above-entitled matter.
23
24  s/Rosemary Scarpelli/         Date: December 9, 2008
25