```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION

DONALD VANCE,                    )  No. 06 C 6964
                                 )
               Plaintiff,        )  Chicago, Illinois
                                 )  October 15, 2009
                                 )  9:00 a.m.
   -vs-                          )
                                 )
                                 )
DONALD RUMSFELD, et al.,         )
                                 )
               Defendants.       )

         TRANSCRIPT OF PROCEEDINGS - STATUS
         BEFORE THE HONORABLE WAYNE R. ANDERSEN

APPEARANCES:

For the Plaintiff:      LOEVY & LOEVY
                        312 North May Street
                        Suite 100
                        Chicago, Illinois 60607
                        BY:  MS. GAYLE M. HORN




Court Reporter:         ROSEMARY SCARPELLI
                        219 South Dearborn Street
                        Room 1412
                        Chicago, Illinois  60604
                        (312) 435-5815
```

1   THE COURT:  Is there anyone here on Rumsfeld versus
2   Vance?
3   MS. HORN:  Good morning, your Honor, Gayle Horn on
4   behalf of the plaintiffs.
5   THE COURT:  I am -- I am actually in the process
6   of, you know, writing a -- you know, I am in the midst of
7   editing an opinion right now.  Would you do me a favor?
8   MS. HORN:  Sure.
9   THE COURT:  Ah.  See, now what you should say is,
10  is what?
11  THE CLERK:  Can I get other counsel --
12  THE COURT:  Would you call him and tell him because
13  there is nothing to decide now.  But I hope within the next
14  week or two that I will have issued an opinion on Rumsfeld's
15  motion to dismiss.  And if there is some other stuff out
16  there, we are working on that as well.  But I haven't
17  completed anything, so there is nothing, unfortunately, to
18  report right now.
19  MS. HORN:  Sure.  I will let Jim know.
20  THE COURT:  And if he wants to put it on -- have an
21  on-the-record status, if you call Katie Cook, we can set up a
22  time to do that.
23  MS. HORN:  Okay.  Thank you, your Honor.
24  THE COURT:  All right?
25  Thanks.  Thank you for your patience.

1    MS. HORN:  Sure.
2    THE COURT:  Say hi to all those Loevys, in
3 alphabetical order, okay?
4    MS. HORN:  That is a challenge.
5    (Which were all the proceedings heard.)
6                   CERTIFICATE
7    I certify that the foregoing is a correct transcript
8 from the record of proceedings in the above-entitled matter.
9
10 s/Rosemary Scarpelli/         Date:  October 19, 2009