1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

2

EASTERN DIVISION

3    DONALD VANCE and NATHAN ERTEL,     )   No. 06 C 6964
                                        )
4                        Plaintiffs,    )   Chicago, Illinois
                                        )   March 25, 2010
5                                       )   9:00 o'clock a.m.
     -vs-                               )
6                                       )
                                        )
7    DONALD RUMSFELD and                )
     UNIDENTIFIED AGENTS,               )
8                                       )
                         Defendants.    )
9

10              TRANSCRIPT OF PROCEEDINGS - STATUS
           BEFORE THE HONORABLE WAYNE R. ANDERSEN
11
     APPEARANCES:
12
     For the Plaintiffs:     LOEVY & LOEVY
13                           312 North May Street
                             Suite 100
14                           Chicago, Illinois 60607
                             BY:  MR. RUSSELL R. AINSWORTH
15
     For the Defendant:      U.S. DEPARTMENT OF JUSTICE
16                           1425 New York Avenue, NW
                             Washington, D.C. 20005
17                           BY:  MR. JAMES R. WHITMAN

18

19

20

21

22

23   Court Reporter:         ROSEMARY SCARPELLI
                             219 South Dearborn Street
24                           Room 1412
                             Chicago, Illinois  60604
25                           (312) 435-5815

1        THE CLERK:  Case No. 6 C 6964, Vance versus

2   Rumsfeld.

3        THE COURT:  Hi.

4        MR. AINSWORTH:  Good morning, your Honor, Russell

5   Ainsworth on behalf of the plaintiffs.

6        MR. WHITMAN:  Good morning, your Honor, James

7   Whitman on behalf of the defendants.

8        THE COURT:  Thanks for coming.

9        Now, a notice of appeal was filed?

10       MR. WHITMAN:  It was, your Honor, last Friday.

11       MR. AINSWORTH:  Phase two.

12       THE COURT:  On the qualified immunity issue?

13       MR. WHITMAN:  Correct.

14       THE COURT:  So what would you like to do?  Should

15   we just see how this gets resolved?

16       MR. AINSWORTH:  Well, Judge, we do currently have a

17   pending motion to compel before Judge Keys to discover the

18   identities of the unknown defendants.  The parties have a

19   dispute as to the scope of limited discovery that was ordered

20   by Judge Keys in this Court.  There is also a --

21       THE COURT:  So he is -- he is going to meet with

22   you to try to resolve that?

23       MR. AINSWORTH:  It has been fully briefed and it is

24   pending before him.

25       THE COURT:  Okay.

1        MR. AINSWORTH:  And the United States has a fully

2    briefed motion, their second motion to dismiss, pending

3    before this Court.

4        THE COURT:  Do you want me to attend to it or do

5    you want to wait until the Court of Appeals does whatever it

6    is going to do?

7        MR. WHITMAN:  Well, on that, your Honor, just in

8    full disclosure to the Court and to opposing counsel, wanted

9    to let your Honor know that we are -- we have prepared a

10   motion for certification.  I don't know if your Honor

11   remembers, but the motion -- the United States filed a motion

12   to dismiss a couple years ago.  Your Honor ruled on that, I

13   think, back in July of 2009.

14       One of the issues in that was whether the claim

15   against the United States was barred by the military

16   authority exception under the Administrative Procedure Act.

17   And now that defendant Rumsfeld has filed a notice of appeal,

18   we were planning on asking the Court to certify that issue on

19   the military authority exception for interlocutory appeal

20   under 1292(b) to go up to the 7th Circuit along with

21   Secretary Rumsfeld's notice of appeal.

22       We are just waiting -- we have -- we have prepared

23   a motion for certification.  We are just waiting for the

24   Solicitor General to approve that so that we can file that

25   with the Court.  And then at this same time we were planning

1    on filing a motion to stay the proceedings, as your Honor had

2    indicated, so the 7th Circuit can kind of decide everything

3    all at once rather than have proceedings here continue on.

4              MR. AINSWORTH:  That is not the traditional run of

5    course in this Court.  The United States has previously moved

6    to stay all proceedings against it because of a potential

7    qualified immunity defense, and this Court rejected that.

8    There is no reason --

9              THE COURT:  So -- so you don't think you want to

10   assent to anything he said?

11             MR. AINSWORTH:  Fair enough, Judge.  Fair to say.

12             THE COURT:  Well, no, I mean there is a high level

13   of civility, but you don't agree with him either

14   substantively or procedurally?

15             MR. AINSWORTH:  Correct.

16             THE COURT:  And you don't want to like just be

17   devoting your resources to dealing with the 7th Circuit, you

18   would rather fight on both fronts?

19             MR. AINSWORTH:  That's correct, Judge.

20             THE COURT:  Okay.  So he is going to file his

21   motion for certification.  Do you want to file a response to

22   that?

23             MR. AINSWORTH:  We would like to, Judge.

24             THE COURT:  When would you like to do that?

25             MR. AINSWORTH:  When will the motion be filed?

1           THE COURT:  You know, we -- when will it be filed?

2           MR. WHITMAN:  We are -- we are -- hopefully within

3 the next week, your Honor.  Like I said, we are waiting SG

4 approval on that.

5           THE COURT:  So --

6           MR. AINSWORTH:  Two weeks from the date of his --

7 or -- so do you want to give him Friday?

8           THE COURT:  So shall we say April 23rd?

9           MR. WHITMAN:  For a response?

10           THE COURT:  Yes.

11           MR. WHITMAN:  That is fine with me, your Honor.

12           THE COURT:  Do you want to file a reply?

13           MR. WHITMAN:  And if it takes us longer to file the

14 motion initially, then we are more than happy to work out a

15 briefing schedule.

16           THE COURT:  Yes.  If you do, just send an agreed

17 briefing schedule order.  Okay?  Would you like a week to

18 reply after that or what would you --

19           MR. WHITMAN:  If we could have two weeks.

20           THE COURT:  I mean, you know, the goal is, if you

21 achieve this, you don't want this to lag so far behind that

22 it messes up the consideration at the 7th Circuit either.

23           MR. WHITMAN:  Right.

24           THE COURT:  So this motion for certification I will

25 begin thinking about, let's say, about 6:00 o'clock tonight.

1    And then -- because if we are going to do it, then they might

2    as well be done in tandem so you are not juggling schedules

3    up there as well.  All right?

4            Okay.  So we will say your response to the motion

5    for -- let's say the motion for certification is due

6    April 9th, the response April 23rd and the reply April 30th.

7    And then I will try to be thinking about it so that I will

8    rule quickly on it.

9            And, you know, I still say, you know, if the

10   plaintiffs are right as to what happened, the Government --

11   you know, our Government should make them some offer even if

12   -- even if there were no procedural missteps, if they were

13   wrongly detained and hurt, you know, you ought to -- I

14   believe that they are citizens of the United States.  If what

15   they are saying is true, then an offer ought to be made

16   rather than, you know, the slicing and dicing of procedural

17   fighting all the way.  That is all.

18           MR. WHITMAN:  Understand, your Honor.

19           THE COURT:  Okay.

20           MR. AISNWORTH:  And we will continue before Judge

21   Keys and --

22           THE COURT:  Super.  Yes.  You know, and then --

23   yes, if you want to file a motion to stay as well, you could

24   file that in tandem with the motion for certification, and

25   then I will -- the same briefing schedule would apply.  And I

1   will do my best to think about that simultaneously as quickly

2   as possible.

3           All right?

4           MR. WHITMAN:  Much appreciated, your Honor.

5           MR. AINSWORTH:  Very good, Judge.

6           THE COURT:  Thank you.  Thanks for coming in.

7           MR. WHITMAN:  Thank you.

8           MR. AINSWORTH:  Thank you.

9           THE COURT:  Have a great day.

10          MR. WHITMAN:  You too.

11      (Discussion held off the record.)

12          THE COURT:  Good point.

13          What do you want us to do with the current motion

14  to dismiss that -- the one that is still out there?

15          MR. AINSWORTH:  Deny it, Judge.

16          THE COURT:  Have you filed anything in response?

17          MR. WHITMAN:  Strike that, your Honor.

18          THE COURT:  Have you filed anything in -- have you

19  briefed it already?

20          MR. AINSWORTH:  It is fully briefed, Judge.

21          MR. WHITMAN:  I think the reply brief came in on

22  March 5th.  It has just been a few weeks.

23          THE COURT:  Oh.  So that is something I have under

24  advisement right now.  All right.

25          MR. WHITMAN:  Right.

1    THE COURT:  And you would both like me to consider

2  it.  All right.

3    MR. WHITMAN:  Yes, Judge.

4    THE COURT:  You have opposite conclusions.  Okay.

5  So we will work on that.

6    MR. WHITMAN:  Thank you, your Honor.

7    THE COURT:  Thanks for being here.

8    (Which were all the proceedings heard.)

9                    CERTIFICATE

10    I certify that the foregoing is a correct transcript

11  from the record of proceedings in the above-entitled matter.

12

13  s/Rosemary Scarpelli/        Date:  March 31, 2010

14

15

16

17

18

19

20

21

22

23

24

25