# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

October 28, 2011

By the Court:

Nos. 10-1687 and 10-2442

| | |
|---|---|
| DONALD VANCE and NATHAN ERTEL, *Plaintiffs-Appellees,* | Appeal from the United District Court for the Northern District of Illinois, Eastern Division. |
| *v.* | |
| DONALD RUMSFELD and THE UNITED STATES OF AMERICA, *Defendants-Appellants.* | No. 06 C 6964

Wayne R. Andersen, *Judge.* |

**O R D E R**

The petition for rehearing *en banc* is **GRANTED**.  The panel's opinion and judgment previously issued on August 8, 2011 are **VACATED**.

Oral argument will be set by the Court at a date to be determined.

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit